**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**FIRST COMMUNITY BANK**                                                      **PLAINTIFF**


**v.**                          **CASE NO. 1:19-CV-00074 BSM**

**KERRY W. EVANS, N-STA-SMILE, INC.,
BARRY SELLERS, and RHONDA SELLERS**                          **DEFENDANTS**

**KARRY EVANS and INST-A-SMILE**             **THIRD-PARTY PLAINTIFFS**

**v.**

**U.S. SMALL BUSINESS ADMINISTRATION**        **THIRD-PARTY DEFENDANT**

**<u>ORDER</u>**

Defendants and third-party plaintiffs agree to voluntarily dismiss with prejudice the

United States Small Business Administration.  *See* Doc. No. 12 ¶ 4.   The remaining claims

are state law issues and are therefore remanded to the Sharp County Circuit Court.

IT IS SO ORDERED this 6th day of February 2020.


_____
UNITED STATE DISTRICT JUDGE